JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCHILLING, individually, and on behalf of other members of the general public similarly situated.<br><br>    PLAINTIFF,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>    DEFENDANT. | Case No.: 2:20-cv-08740-FMO-MRW<br><br>[Assigned to Hon. Fernando M. Olguin]<br><br>**ORDER TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)** |

# ORDER

The Court having reviewed the Parties' Joint Stipulation of Dismissal of Action Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), and finding that **GOOD CAUSE** has been shown, hereby **ORDERS** that this Action is dismissed in its entirety.

**IT IS SO ORDERED.**

Date: February 18, 2022

/s/
_____
Hon. Fernando M. Olguin
United States District Judge